221

Before the First Division, June 22, 1950

**No. 54435.**—Coro, Inc. *v.* United States, protests 154046–K, etc. (New York).

Opinion by Oliver, C. J.   In accordance with stipulation of counsel that the merchandise consists of combs similar in all material respects to those the subject of *United States* v. *Ignaz Strauss & Co., Inc.* (37 C. C. P. A. 48, C. A. D. 418), the claim of the plaintiff was sustained.

**No. 54436.**—S. H. Kress & Co. *v.* United States, protest 983319–G (Seattle).

Opinion by Oliver, C. J.   Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 54437.**—Henry S. Beach et al. *v.* United States, protests 114378–K, etc. (El Paso and Los Angeles).

Opinion by Oliver, C. J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54438.**—Butler Bros. et al. *v.* United States, protests 145319–K, etc. (New York).

Opinion by Oliver, C. J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54439.**—Henry L. Goetz *v.* United States, protest 157459–K (New York).

Opinion by Oliver, C. J.   Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 54440.**—F. E. Macartney *v.* United States, protest 136919–K (Duluth).

Opinion by Cole, J.   It was stipulated that the merchandise in question consists of ox gall the same in all material respects as the substance passed upon in *G. D. Searle & Co.* v. *United States* (21 Cust. Ct. 112, C. D. 1138).   The claim for free entry under paragraph 1669 was therefore sustained.

**No. 54441.**—A. Goldmark & Sons Corp. *v.* United States, protest 102618–K (New York).

Opinion by Cole, J.   The protest was dismissed.